Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
**THE HECKER LAW GROUP, PLC**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:   (310) 286-0377
Facsimile:    (310) 286-0488
Email:        ghecker@hh.com
              Jslominski@hh.com

Attorneys for Plaintiff
Network Video Technologies, Inc.

E-filing

FILED
08 APR 29 AM 11:20

HRL

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NITEK INTERNATIONAL, LLC; and DOES 1-10,<br><br>Defendants. | Civil Action No.    CV 08  2208<br><br>**CERTIFICATION OF INTERESTED PERSONS OR ENTITIES**<br><br>**CIVIL L.R. 3-16** |

        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no other interest to report on behalf of Plaintiff.

DATED: April 28, 2008

Respectfully submitted,

**THE HECKER LAW GROUP, PLC**

By: _____
Gary A. Hecker, Esq.
James M. Slominski, Esq.
Attorneys for Plaintiff
Network Video Technologies, Inc.