```
Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
THE HECKER LAW GROUP, PLC
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 286-0377
Facsimile:  (310) 286-0488
Email:      ghecker@hh.com
            jslominski@hh.com

Attorneys for Plaintiff
Network Video Technologies, Inc.
```

E-filing

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NITEK INTERNATIONAL, LLC; and DOES 1-10, <br><br> Defendants. | Civil Action No. 08-2208 <br><br> **NOTICE OF PENDENCY OF OTHER ACTION** <br><br> CIVIL L.R. 3-13 |

    Pursuant to Civil L.R. 3-13, the undersigned certifies that as of this date, there is an appeal pending before the United States Court of Appeals for the Federal Circuit, Case No. 2008-1287, which involves the same parties and controversy as the case pending before this court.

    In Case No. 2008-1287, NVT is appealing a dismissal of an action for Declaratory Judgment of Non-Infringement, Invalidity, and Unenforceability of United States Patent No. 7,193,149 ("the '149 patent") (Civil Action No. CV 07-

4789AHM(RZX) – USDC- Central California) without prejudice on discretionary grounds. The Plaintiff and Defendant in the case before this Court are the Appellant and Appellee, respectively, in the appeal.

DATED: April 2\_, 2008

Respectfully submitted,

**THE HECKER LAW GROUP, PLC**

By: _____
Gary A. Hecker, Esq.
James M. Slominski, Esq.
Attorneys for Plaintiff
Network Video Technologies, Inc.