| Attorney or Party without Attorney: GARY A. HECKER, ESQ., Bar #099008<br>THE HECKER LAW GROUP, PLC<br>1925 CENTURY PARK EAST<br>SUITE 2300<br>LOS ANGELES, CA 90067<br>Telephone No. 310-286-0377    FAX No. 310-386-0488<br>Ref. No. or File No.:<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: NETWORK VIDEO TECHNOLOGIES, INC.
Defendant: NITEK INTERNATIONAL, LLC,

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date | Time | Dept/Div | Case Number<br>CV082208 HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Report On The Filing Or Determination Of An Action Regarding A Patent Of Trademark; Certification Of Interested Persons Or Entities; Drop Box Filing Procedures; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management And Discovery Dispute; Notice Of Pendency Of Other Action; Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate Judge; Consent To Proceed Before A United States Magistrate Judge; Declination Ot Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Court; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division

3. a. Party served: NITEK INTERNATIONAL, LLC
   b. Person served: LISA HINMAN AGENT AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: 5410 NEWPORT DRIVE
   #24
   ROLLING MEADOWS, IL 60008

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May 12, 2008 (2) at: 3:10PM

7. Person Who Served Papers:
   a. EMIL CARGOLA
   d. The Fee for Service was
   e. I am: Not a Registered California Process Server

Recoverable Cost Per CCP 1033.5(a)(4)(B)

First Legal Support Services℠
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111. FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, May 14, 2008

(EMIL CARGOLA)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

4090552 garhe 132567