1  SEYFARTH SHAW LLP
   Robert S. Niemann (SBN 087973) rniemann@seyfarth.com
2  Aaron Belzer (State Bar No. 238901) abelzer@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   NITEK INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NETWORK VIDEO TECHNOLOGIES, INC. | ) | **Case No. CV 08 2208 HRL** |
|---|---|---|
| Plaintiff, | ) | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND** |
| v. | ) | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| NITEK INTERNATIONAL, LLC | ) | |
| Defendant. | ) | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: May 27, 2008

SEYFARTH SHAW LLP

By: *[signature]*
Robert S. Niemann
Attorneys for Defendant
NITEK INTERNATIONAL, LLC

SF1 28324994.1 / 25663-100200