UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Network Video Technologies, Inc.<br><br>   Plaintiff,<br><br>   v.<br><br>Nitek International, LLC,<br><br>   Defendant._____ / | No. C08-02208<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 19, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: June 3, 2008                    RICHARD W. WIEKING,
                                       United States District Court

                                       */s/ Patty Cromwell*
                                       By: Patty Cromwell
                                       Courtroom Deputy Clerk to
                                       Magistrate Judge Howard R. Lloyd

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Gary Alan Hecker     ghecker@hh.com, mkiran@hh.com
5  Robert Stephen Niemann     rniemann@sf.seyfarth.com
6  James Michael Slominski     jslominski@hh.com, jimslominski@verizon.net