UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETWORK VIDEO TECHNOLOGIES, INC.,            No. C 08-02208 MHP

               Plaintiff(s),            **CLERK'S NOTICE**
**(Scheduling Case Management Conference
in Reassigned Case)**

  v.

NITEK INTERNATIONAL, LLC,

              Defendant(s).
_____/

      This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday,**

**August 18, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the

conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case

Management Statement on all defendants, and shall also serve a copy of this notice on all

defendants.

Richard W. Wieking
Clerk, U.S. District Court

Dated:  June 5, 2008            Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
           (415) 522-3140

**United States District Court**
For the Northern District of California