SEYFARTH SHAW LLP
Robert S. Niemann (SBN 087973)
rniemann@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

GEORGE H. GERSTMAN
*Applied to Appear (Pro Hac Vice)*
ggerstman@Seyfarth.com
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

BRIAN L. MICHAELIS
*Applied to Appear (Pro Hac Vice)*
bmicaelis@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

Attorneys for Defendant
NITEK International, LLC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., <br><br>Plaintiff,<br><br>v.<br><br>NITEK INTERNATIONAL, LLC and DOES 1-10<br><br>Defendant. | Case No. C 08 2208 MHP<br><br>**DEFENDANT NITEK INTERNATIONAL, LLC's NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION UNDER F.R.C.P. 12(B)(1)**<br><br>Date: July 28, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 15, 18th Fl. |

1

DEF.'S NTC OF MOTION AND MOTION TO DISMISS - CASE NO. 08-2208 MHP

PLEASE TAKE NOTICE THAT at xx a.m. on July 28, 2008, or as soon thereafter as counsel may be heard, Defendant Nitek International, LLC ("NITEK") will and hereby does move to dismiss the Complaint against it under Rules 12(b)(1) of the Federal Rules of Civil Procedure.

This motion is based on the fact that there is no actual controversy to support subject matter jurisdiction under the Declaratory Judgment Act, and therefore this action against NITEK should be dismissed.

The motion is supported by a memorandum of points and authorities, the Declarations of Edward L. Polanek (NITEK's Managing Member), George H. Gerstman (counsel to Nitek), Dan Nitzan (NVT President), Chad Szekeres (NITEK's National Sales Manager), Carl Palash (NITEK's Central Regional Sales Manager), the complete records and files of this action, the arguments of counsel, and such other evidence and argument as the court may receive at the hearing on this matter.

DATED: June 9, 2008

SEYFARTH SHAW LLP
ROBERT S. NIEMANN
GEORGE H. GERSTMAN (Applied for *Pro Hac Vice*)
BRIAN MICHAELIS (Applied for *Pro Hac Vice*)

By _____
Attorneys for Defendant
NITEK INTERNATIONAL, LLC

SF1 28325493.1 / 25663-100200

2
DEF.'S NTC OF MOTION AND MOTION TO DISMISS - CASE NO. 08-2208 MHP