SEYFARTH SHAW LLP
Robert S. Niemann (SBN 087973)
rniemann@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

GEORGE H. GERSTMAN
*Appearing (Pro Hac Vice)*
ggerstman@Seyfarth.com
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
E-Mail: ggerstman@seyfarth.com

BRIAN L. MICHAELIS
*Appearing (Pro Hac Vice)*
bmicaelis@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4801
E-Mail: bmichaelis@seyfarth.com

Attorneys for Defendant
NITEK International, LLC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., <br><br>Plaintiff,<br><br>v.<br><br>NITEK INTERNATIONAL, LLC and DOES 1-10<br><br>Defendant. | Case No. C 08 2208 MHP<br><br>**THIRD DECLARATION OF EDWARD L. POLANEK IN SUPPORT OF DEFENDANT NITEK INTERNATIONAL, LLC's NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION UNDER F.R.C.P. 12(B)(1)**<br><br>Date: July 28, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 15, 18th Fl. |

1
3rd Polanek Decl. ISO Def.'s Mtn to Dismiss under FRCP 12(B)(1) - Case No. C 08-2208 MHP

/

///

Edward L. Polanek declares as follows:

1. I still reside in Richmond, Illinois and I am still Managing Member of Defendant NITEK International, LLC ("NITEK").

2. Before the filing of, during the pendency and since the dismissal of the declaratory judgment (DJ) action in the Central District of California: *Network Video Technologies, Inc., v. Nitek International, LLC; and Does 1-10*, Civil Action No. CV-07-4789 AHM (RZx) ("the first DJ action") I have not had, nor have I instructed anyone at or on behalf of NITEK to have, any contacts with anyone at NVT regarding any infringement by NVT of United States Patent No. 7,193,149 ("the '149 Patent"), owned by NITEK.

3. None of the facts or statements made in the Declaration of Edward L. Polanek or the Second Declaration of Edward L. Polanek submitted in the first DJ action have changed in any material way.

4. To date, I have not made any statements to anyone with regard to, nor does NITEK have any plans for, enforcement of any NITEK intellectual property rights against NVT.

5. To my knowledge, no one at NITEK has made any statements to anyone regarding NITEK's plans for enforcement of any NITEK intellectual property rights against NVT.

6. Since the filing of the first DJ action I have instructed people at or working on behalf of NITEK to not make any statements whatsoever regarding the relationship of any NITEK patents to any NVT product, my intention being to avoid any controversy with NVT.

7. NITEK presented a proposed written license agreement for licensing the `149 patent to NVT <u>only</u> after the first DJ action had been filed and <u>only</u> at the request of NVT's counsel.

8. The proposed written license agreement for licensing the `149 patent that NITEK's counsel presented to NVT sought royalties on products related to structured cabling for CCTV, because we believed that NVT was seeking a license to use the `149 patent in relation to structured cabling systems for CCTV.

9. To date, NITEK has made no evaluation of, nor reached any determination that, any product of NVT is infringing any claim or claims of United States Patent No. 7,193,149.

10. In representing to the Court in the first DJ action that "we have no plans to file a lawsuit against NVT at this time," Attorney Gerstman was representing NITEK'S position relating to the `149 patent and that position has not changed.

I declare that the foregoing is true under the penalty of perjury under California law and any other applicable law.

Date:    June 6, 2008

Edward L. Polanek