SEYFARTH SHAW LLP
Robert S. Niemann (SBN 087973)
rniemann@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

GEORGE H. GERSTMAN
*Appearing (Pro Hac Vice)*
ggerstman@Seyfarth.com
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

BRIAN L. MICHAELIS
*Appearing (Pro Hac Vice)*
bmicaelis@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

Attorneys for Defendant
NITEK International, LLC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>NITEK INTERNATIONAL, LLC and DOES 1-10 <br><br>Defendant. | Case No. C 08 2208 MHP <br><br>**DECLARATION OF ROBERT S. NIEMANN IN SUPPORT OF ADMINISTRATIVE MOTION TO SET NITEK'S MOTION TO DISMISS UNDER F.R.C.P. 12(B)(1)** |

I, Robert S. Niemann, declare as follows:

1. I am an attorney with the firm of Seyfarth Shaw LLP, counsel for Defendant Nitek International ("Nitek") in the above-captioned matter. I submit this declaration in support

Niemann Decl. ISO Admin. Mtn - Case No. C 08-2208 MHP

1  of Nitek's Administrative Motion to set Nitek's Motion to Dismiss under F.R.C.P. 12(B)(1) for July 28, 2008 in advance of the Case Management Conference currently scheduled for August 18, 2008.

2. Seyfarth Shaw acts as counsel for Nitek in this case and has associated two other Seyfarth Shaw partners from its Chicago and Boston Offices. (Attorneys George Gerstman from Chicago and Brian Michaelis from Boston will be applying for admission to this court *pro hac vice* in the very near future.

3. Nitek's counsel agreed with counsel for Plaintiff Network Video Technologies ("NVT") that we would file a responsive pleading to the present complaint on or before Monday, June 9, 2008. Based on the circumstances where a previous identical lawsuit had been filed, dismissed and is now on appeal, Nitek has chosen to file a Motion to Dismiss Under F.R.C.P. 12(B)(1).

4. Pursuant to Judge Patel's Standing Order No. 4, no motions to dismiss can be filed prior to the initial Case Management Conference without leave of Court. Nitek has filed a Motion to Dismiss Under F.R.C.P. 12(B)(1) and has requested a hearing date of July 28, 2008.

5. Nitek believes that judicial economy will be served based on the hearing of the matter as early as possible since there is an identical matter pending in the United States Court of Appeals, having been dismissed in the United States District in the Central District of California.

I respectfully request that this Court grant this motion and set the Nitek Motion to Dismiss Under F.R.C.P. 12(B)(1) to be heard on July 28, 2008 at 2:00 p.m. or as soon thereafter as the Court deems appropriate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _11_ day of June, 2008 in San Francisco, California.

SF1 28325781.1 / 25663-100200                Robert S. Niemann

Niemann Decl. ISO Admin. Mtn - Case No. C 08-2208 MHP