| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Robert S. Niemann (SBN 087973) |
| 2 | rniemann@seyfarth.com |
| | 560 Mission Street, Suite 3100 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | GEORGE H. GERSTMAN |
| | *Appearing* (*Pro Hac Vice*) |
| 6 | ggerstman@Seyfarth.com |
| | SEYFARTH SHAW LLP |
| 7 | 131 S. Dearborn Street, Suite 2400 |
| | Chicago, Illinois 60603 |
| 8 | Telephone: (312) 460-5000 |
| | Facsimile: (312) 460-7000 |
| 9 | |
| 10 | BRIAN L. MICHAELIS |
| | *Appearing (Pro Hac Vice)* |
| | bmicaelis@seyfarth.com |
| 11 | SEYFARTH SHAW LLP |
| | Two Seaport Lane, Suite 300 |
| 12 | Boston, Massachusetts 02210 |
| | Telephone: (617) 946-4800 |
| 13 | Facsimile: (617) 946-4801 |
| 14 | |
| | Attorneys for Defendant |
| 15 | NITEK International, LLC. |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., | ) | Case No. C 08 2208 MHP |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **THE DEFENDANT NITEK'S** |
| v. | ) | **ADMINISTRATIVE MOTION TO SET** |
| | ) | **ITS F.R.C.P. 12(B)(1) MOTION TO** |
| NITEK INTERNATIONAL, LLC and DOES 1-10 | ) | **DISMISS FOR HEARING ON JULY 28,** |
| | ) | **2008** |
| Defendant. | ) | |
| | ) | |

1

[Proposed] Order Granting Def.'s Admin. Mtn - Case No. C 08-2208 MHP

1  Defendant Nitek's Administrative Motion To Set Its F.R.C.P. 12(B)(1) Motion To Dismiss For Hearing On July 28, 2008 is hereby granted. The hearing date for Defendant's Motion to Dismiss is July 28, 2008 at 2:00 p.m.

The Case Management Conference currently set for Monday, August 18, 2008 at 4:00 p.m. shall remain on calendar pending the outcome of the disposition of the Motion to Dismiss.

DATED: _____     _____
Hon. Marilyn Hall Patel

SF1 28325777.1 / 25663-100200