Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
**THE HECKER LAW GROUP, PLC**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 286-0377
Facsimile:  (310) 286-0488
Email:      ghecker@hh.com
            jslominski@hh.com

Attorneys for Plaintiff
Network Video Technologies, Inc.

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NITEK INTERNATIONAL, LLC; and DOES 1-10, <br><br> Defendants. | Civil Action No. CV 08-02208 MHP <br><br> **PLAINTIFF'S VERIFIED OPPOSITION (IN-PART) TO DEFENDANT'S ADMINISTRATIVE MOTION TO SET ITS F.R.C.P. 12(B)(1) MOTION TO DISMISS FOR HEARING ON JULY 28, 2008** |

**To the Court**:

Plaintiff, NETWORK VIDEO TECHNOLOGIES, INC. ("NVT"), by and through its undersigned counsel, hereby opposes Defendant's ex-parte Administrative Motion to set its F.R.C.P. 12(b)(1) Motion to Dismiss for hearing on July 28, 2008 on the following grounds:

1. Defendant never consulted Plaintiff about this ex-parte motion as required by Civil Local Rule 7-11;

2. Defendant never met and conferred with Plaintiff on the underlying

1

Motion to Dismiss prior to filing (which was done without leave of Court), or on the proposed hearing date;

    3.    Plaintiff's lead counsel, Mr. Hecker, is on vacation with his family (that has already been fully paid for) in Hawaii from July 1, 2008 to July 7, 2008, the date on which Plaintiff's opposition would be due; and

    4.    In addition to Mr. Hecker's unavailability, setting the hearing on a date which makes the opposition due on a holiday weekend is unfair to Plaintiff Counsel's staff, who will have to now work over the Fourth of July weekend.

Plaintiff also disagrees with Defendant's characterization of the history between the parties. That, however, is for resolution at another time. Plaintiff, therefore, requests that the Court do the following:

    1.    Take Defendant's Motion to Dismiss (for lack of subject matter jurisdiction) off-calendar;

    2.    Order Defendant to file an answer preserving its grounds for dismissal; and

    3.    Address the Motion to Dismiss issue at the August 18, 2008 Case Management Conference as set forth in the Court's Standing Order and, if necessary, set a hearing and briefing schedule at that time.

DATED: June 11, 2008

Respectfully submitted,
THE HECKER LAW GROUP, PLC

By: _____
Gary A. Hecker, Esq.
James M. Slominski, Esq.
Attorneys for Plaintiff
Network Video Technologies, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11 day of June 2008 at Los Angeles, Ca.

_____
James M. Slominski

2