Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
THE HECKER LAW GROUP, PLC
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 286-0377
Facsimile: (310) 286-0488
Email: ghecker@hh.com
       Jslominski@hh.com

Attorneys for Plaintiff
Network Video Technologies, Inc.

Robert S. Niemann (SBN 087973 – San Francisco Office)
George H. Gerstman (Pro Hac Vice – Chicago Office)
Brian L. Michaelis (Pro Hac Vice – Boston Office)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, Ca. 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: rniemann@seyfarth.com
       ggerstman@seyfarth.com
       bmichaelis@seyfarth.com

Attorneys for Defendant
Nitek International, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NITEK INTERNATIONAL, LLC; and DOES 1-10, <br><br> Defendants. | Civil Action No. C-08-2208 MHP <br><br> **STIPULATION TO:** <br><br> **1. RESET THE HEARING OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION; AND** <br><br> **2. RESET THE DATE FOR THE CASE MANAGEMENT CONFERECE** <br><br> [ACCOMPANIED BY PROPOSED ORDER] <br><br> <u>NEW DATE FOR BOTH:</u> <br><br> DATE:   September 15, 2008 <br> TIME:   2:00 P.M. <br> CRTM:  "15" |

<u>**To the Court:**</u>

**Whereas** the Court has set a Case Management Conference in this matter for August 18, 2008;

**Whereas** Defendant has filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction;

**Whereas** Defendant's Motion to Dismiss is currently set for hearing on July 28, 2008;

**Whereas** the Court has ordered the parties to met and confer on a new hearing date for Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction;

**Whereas** the parties have meet and conferred, taking into account the scheduling needs of the parties and counsel in order to properly present the issues to the Court and to account for prior commitments;

**Whereas** in the interests of efficiency and judicial economy, the parties desire to have the Case Management Conference on the same day as the hearing on Defendant's Motion to Dismiss:

**IT IS HEREBY STIPULATED THAT:**

1. The hearing on Defendant's Motion to Dismiss is continued from July 28, 2008 to **September 15, 2008** at 2:00 p.m. in Courtroom 15 before the Honorable Marilyn Hall Patel;
2. Plaintiff's Response to said Motion to Dismiss shall be filed on or before **August 4, 2008**;
3. Defendant's Reply shall be filed on or before **September 2, 2008**; and
4. The Case Management Conference is hereby continued from August 18, 2008 to **September 15, 2008**, to follow the hearing on the Motion to Dismiss.

[continued on the next page]

```
 1        The Proposed Order resetting the dates is filed concurrently with this
 2   Stipulation.
 3
 4   IT IS SO STIPULATED:
 5
 6   DATED: June 24, 2008              THE HECKER LAW GROUP, PLC
 7
 8                                     By: _____
                                          Gary A. Hecker, Esq.
 9                                        James M. Slominski, Esq.
                                          Attorneys for Plaintiff
10                                        Network Video Technologies, Inc.
11
12   DATED: June 23, 2008              SEYFATH SHAW LLP
13
14                                     By: _____
                                          Robert S. Niemann
15                                        George H. Gerstman
                                          Brian L. Michaelis
16                                        Attorneys for Defendant
                                          Nitek International, LLC
17
18
...
28
```