Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
**THE HECKER LAW GROUP, PLC**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 286-0377
Facsimile: (310) 286-0488
Email:   ghecker@hh.com
         Jslominski@hh.com

Attorneys for Plaintiff
Network Video Technologies, Inc.

Robert S. Niemann (SBN 087973 – San Francisco Office)
George H. Gerstman (Pro Hac Vice – Chicago Office)
Brian L. Michaelis (Pro Hac Vice – Boston Office)
**SEYFARTH SHAW LLP**
560 Mission Street, Suite 3100
San Francisco, Ca. 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email:   rniemann@seyfarth.com
         ggerstman@seyfarth.com
         bmichaelis@seyfarth.com

Attorneys for Defendant
Nitek International, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NITEK INTERNATIONAL, LLC; and DOES 1-10, <br><br> Defendants. | Civil Action No. C-08-2208 MHP <br><br> **[PROPOSED] ORDER RE:** <br><br> **1. SETTING THE HEARING ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION; AND** <br><br> **2. RESETTING THE DATE FOR THE CASE MANAGEMENT CONFERENCE** <br><br> **NEW DATE:** <br><br> DATE: September 15, 2008 <br> TIME: 2:00 P.M. <br> CRTM: "15" |

- 1 -
[PROPOSED] ORDER

| | |
|---|---|
| 1 | The Court having considered the Stipulation of the parties to reset the hearing |
| 2 | of Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and to |
| 3 | continue the Case Management Conference to be heard concurrently therewith and for |
| 4 | good cause shown, **IT IS HEREBY ORDERED THAT**: |

1. The hearing on Defendant's Motion to Dismiss is continued from July 28, 2008 to **September 15, 2008** at 2:00 p.m. in Courtroom 15 before the Honorable Marilyn Hall Patel;

2. Plaintiff's Response to said Motion to Dismiss shall be filed on or before **August 4, 2008**;

3. Defendant's Reply shall be filed on or before **September 2, 2008**; and

4. The Case Management Conference is hereby continued from August 18, 2008 to **September 15, 2008**, to follow the hearing on the Motion to Dismiss.

DATED: June __, 2008

_____
Honorable Marilyn H. Patel, Judge Presiding

- 2 -
[PROPOSED] ORDER