Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
**THE HECKER LAW GROUP, PLC**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 286-0377
Facsimile:   (310) 286-0488
Email:        ghecker@hh.com
                  Jslominski@hh.com

Attorneys for Plaintiff
Network Video Technologies, Inc.

Robert S. Niemann (SBN 087973 – San Francisco Office)
George H. Gerstman (Pro Hac Vice – Chicago Office)
Brian L. Michaelis (Pro Hac Vice – Boston Office)
**SEYFARTH SHAW LLP**
560 Mission Street, Suite 3100
San Francisco, Ca. 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549
Email:        rniemann@seyfarth.com
                  ggerstman@seyfarth.com
                  bmichaelis@seyfarth.com

Attorneys for Defendant
Nitek International, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NITEK INTERNATIONAL, LLC; and DOES 1-10,<br><br>    Defendants. | Civil Action No. C-08-2208 MHP<br><br>[PROPOSED] ORDER RE:<br><br>**1. SETTING THE HEARING ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION; AND**<br><br>**2. RESETTING THE DATE FOR THE CASE MANAGEMENT CONFERENCE**<br><br>**NEW DATE:**<br><br>DATE:  September 15, 2008<br>TIME:  2:00 P.M.<br>CRTM:  "15" |

- 1 -
[PROPOSED] ORDER

The Court having considered the Stipulation of the parties to reset the hearing of Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and to continue the Case Management Conference to be heard concurrently therewith and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. The hearing on Defendant's Motion to Dismiss is continued from July 28, 2008 to **September 15, 2008** at 2:00 p.m. in Courtroom 15 before the Honorable Marilyn Hall Patel;

2. Plaintiff's Response to said Motion to Dismiss shall be filed on or before **August 4, 2008**;

3. Defendant's Reply shall be filed on or before **September 2, 2008**; and

4. The Case Management Conference is hereby continued from August 18, 2008 to **September 15, 2008**, to follow the hearing on the Motion to Dismiss.

DATED: ~~June~~ July 3, 2008

_____
Honorable _____ Presiding



IT IS SO ORDERED
Judge Marilyn H. Patel