|  |  |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Robert S. Niemann (SBN 087973) |
| 2 | rniemann@seyfarth.com |
|   | 560 Mission Street, Suite 3100 |
| 3 | San Francisco, California 94105 |
|   | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |

GEORGE H. GERSTMAN
*Appearing (Pro Hac Vice)*
ggerstman@Seyfarth.com
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

BRIAN L. MICHAELIS
*Appearing (Pro Hac Vice)*
bmicaelis@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

Attorneys for Defendant
NITEK International, LLC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NETWORK VIDEO TECHNOLOGIES, INC., | ) | **Case No. C 08 2208 MHP** |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| NITEK INTERNATIONAL, LLC and DOES 1-10 | ) |  |
|  | ) |  |
| Defendant. | ) |  |

///

///

1

[Proposed] Order Granting Application For Admission Of Attorney *Pro Hac Vice* - Case No. C 08-2208 MHP

1  Brian L. Michaelis, an active member in good standing of the bar of the State of
2  Massachusetts, whose business address and telephone number is:
3  SEYFARTH SHAW LLP
   Two Seaport Lane, Suite 300
4  Boston, Massachusetts 02210
   Telephone: (617) 946-4800
5  Facsimile: (617) 946-4801
6  Having applied in the above-entitled action for admission to practice in the Northern District of
7  California on a *pro hac vice* basis, representing NITEK INTERNATIONAL, INC..
8      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10 *vice*. Service of papers upon and communication with co-counsel designated in the application
11 will constitute notice to the party. All future filings in this action are subject to the requirements
12 contained in General Order No. 45, *Electronic Case Filing*.
13
14 DATED: 7/3/08
15                                                Marilyn Hall Patel
                                                  United States District Judge