```
1   SEYFARTH SHAW LLP
    Robert S. Niemann (SBN 087973)
2   rniemann@seyfarth.com
    560 Mission Street, Suite 3100
3   San Francisco, California 94105
    Telephone: (415) 397-2823
4   Facsimile: (415) 397-8549

5   GEORGE H. GERSTMAN
    Appearing (Pro Hac Vice)
6   ggerstman@Seyfarth.com
    SEYFARTH SHAW LLP
7   131 S. Dearborn Street, Suite 2400
    Chicago, Illinois 60603
8   Telephone: (312) 460-5000
    Facsimile: (312) 460-7000
9
    BRIAN L. MICHAELIS
10  Appearing (Pro Hac Vice)
    bmicaelis@seyfarth.com
11  SEYFARTH SHAW LLP
    Two Seaport Lane, Suite 300
12  Boston, Massachusetts 02210
    Telephone: (617) 946-4800
13  Facsimile: (617) 946-4801

14
    Attorneys for Defendant
15  NITEK International, LLC.
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., ) | **Case No. C 08 2208 MHP** |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] **ORDER GRANTING** |
| ) | **APPLICATION FOR ADMISSION OF** |
| v. ) | **ATTORNEY** *PRO HAC VICE* |
| ) | |
| NITEK INTERNATIONAL, LLC and DOES 1-) | |
| 10 ) | |
| ) | |
| Defendant. ) | |

///

///

1

[Proposed] Order Granting Application For Admission Of Attorney *Pro Hac Vice* Case No. C 08-2208 MHP

1  George H. Gerstman, an active member in good standing of the bar of the State of
2  Illinois, whose business address and telephone number is:

3  SEYFARTH SHAW LLP
   131 S. Dearborn Street, Suite 2400
4  Chicago, Illinois 60603
   Telephone: (312) 460-5000
5  Facsimile: (312) 460-7000

6
   Having applied in the above-entitled action for admission to practice in the Northern District of
7
   California on a *pro hac vice* basis, representing NITEK INTERNATIONAL, INC..
8
       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9
   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10
   *vice*. Service of papers upon and communication with co-counsel designated in the application
11
   will constitute notice to the party. All future filings in this action are subject to the requirements
12
   contained in General Order No. 45, *Electronic Case Filing*.
13

14 DATED: _July 3, 2008_                         _____
15                                                Marilyn Hall Patel
                                                  United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

                                                  2
[Proposed] Order Granting Application For Admission Of Attorney *Pro Hac Vice* Case No. C 08-2208 MHP