FILED

08 JUN 25 AM 11:20

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Robert S. Niemann (SBN 087973) |
| 2 | rniemann@seyfarth.com |
|   | 560 Mission Street, Suite 3100 |
| 3 | San Francisco, California 94105 |
|   | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | GEORGE H. GERSTMAN |
|   | *Appearing (Pro Hac Vice)* |
| 6 | ggerstman@Seyfarth.com |
|   | SEYFARTH SHAW LLP |
| 7 | 131 S. Dearborn Street, Suite 2400 |
|   | Chicago, Illinois 60603 |
| 8 | Telephone: (312) 460-5000 |
|   | Facsimile: (312) 460-7000 |
| 9 | |
|   | BRIAN L. MICHAELIS |
| 10 | *Appearing (Pro Hac Vice)* |
|   | bmicaelis@seyfarth.com |
| 11 | SEYFARTH SHAW LLP |
|   | Two Seaport Lane, Suite 300 |
| 12 | Boston, Massachusetts 02210 |
|   | Telephone: (617) 946-4800 |
| 13 | Facsimile: (617) 946-4801 |
| 14 | |
|   | Attorneys for Defendant |
| 15 | NITEK International, LLC. |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NETWORK VIDEO TECHNOLOGIES, INC., ) | Case No. C 08 2208 MHP |
|---|---|
| Plaintiff, ) | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. ) | |
| NITEK INTERNATIONAL, LLC and DOES 1-10 ) | |
| Defendant. ) | |

///

///

1

Application For Admission Of Attorney *Pro Hac Vice* - Case No. C 08-2208 MHP
SF1 28326545.1 / 25663-100200

Pursuant to Civil L.R. 11-3, BRIAN L. MICHAELIS, respectfully applies to the Court for permission to practice in the Northern District of California on a *pro hac vice* basis representing NITEK INTERNATIONAL, LLC in the above-entitled action, and in respect thereof certify under oath as follows:

1. I am an active member in good standing of the bar of the States of Massachusetts, and New Hampshire, as well as the United States Court of Appeals First Circuit and the Court of Appeals for the Federal Circuit

I am currently employed as a Partner in the litigation department of SEYFARTH SHAW LLP, and have my office located at Two Seaport Lane, Suite 300, Boston, Massachusetts 02210

3. I agree to abide by the Standards of Professional Conduct set forth in the Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court.

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Robert S. Niemann
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Tel: (415) 544-1055
Fax: (415) 397-8249

5. By this appearance, I hereby affirm that all motions, pleadings and papers signed by me in this proceeding, shall constitute a certificate, whether or not such papers affirm or verify, that I have read the pleading, motion or paper, and to the best of my information, knowledge, and belief, there is good ground to support it and that it is not interposed for purposes of delay.

///

1 | I declare under penalty of perjury that the foregoing is true and correct.

4 | DATED: June 23, 2008          SEYFARTH SHAW LLP

By /s/ Brian L. Michaelis
Brian L. Michaelis
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Tel: (617) 946-4800
Fax: (617) 946-4801

Attorneys for Defendant
NITEK INTERNATIONAL, LLC

Application For Admission Of Attorney *Pro Hac Vice* - Case No. C 08-2208 MHP
SF1 28326545.1 / 25663-100200

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020544
Cashier ID: bucklem
Transaction Date: 06/25/2008
Payer Name: wheels of justice
-----------------------------------
PRO HAC VICE
  For: george h gerstman
  Case/Party: D-CAN-3-08-AT-PROHAC-001
  Amount:        $210.00
PRO HAC VICE
  For: brian l michaelis
  Case/Party: D-CAN-3-08-AT-PROHAC-001
  Amount:        $210.00
-----------------------------------
CHECK
  Check/Money Order Num: 1212
  Amt Tendered: $420.00
-----------------------------------
Total Due:       $420.00
Total Tendered: $420.00
Change Amt:       $0.00

c08-2208mhp


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```