```
                                           FILED
 1  SEYFARTH SHAW LLP
    Robert S. Niemann (SBN 087973)           08 JUN 25 AM 11: 20
 2  rniemann@seyfarth.com
    560 Mission Street, Suite 3100
 3  San Francisco, California 94105          U S DISTRICT COURT
    Telephone: (415) 397-2823                  ERN DISTRICT OF CALIFORNIA
 4  Facsimile: (415) 397-8549

 5  GEORGE H. GERSTMAN
    Appearing (Pro Hac Vice)
 6  ggerstman@Seyfarth.com
    SEYFARTH SHAW LLP
 7  131 S. Dearborn Street, Suite 2400
    Chicago, Illinois 60603
 8  Telephone: (312) 460-5000
    Facsimile: (312) 460-7000
 9
    BRIAN L. MICHAELIS
10  Appearing (Pro Hac Vice)
    bmicaelis@seyfarth.com
11  SEYFARTH SHAW LLP
    Two Seaport Lane, Suite 300
12  Boston, Massachusetts 02210
    Telephone: (617) 946-4800
13  Facsimile: (617) 946-4801

14
    Attorneys for Defendant
15  NITEK International, LLC.

16

17

18
                     UNITED STATES DISTRICT COURT
19
              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
20
    NETWORK VIDEO TECHNOLOGIES, INC., )   Case No. C 08 2208 MHP
21                                    )
               Plaintiff,             )   APPLICATION FOR ADMISSION OF
22                                    )   ATTORNEY PRO HAC VICE
         v.                           )
23                                    )
    NITEK INTERNATIONAL, LLC and DOES 1-)
24  10                                )
                                      )
25             Defendant.             )
                                      )
26

27  ///

28  ///
                                   1
    Application For Admission Of Attorney Pro Hac Vice - Case No. C 08-2208 MHP
```

1     Pursuant to Civil L.R. 11-3, GEORGE H. GERSTMAN, respectfully applies to the Court for permission to practice in the Northern District of California on a *pro hac vice* basis representing NITEK INTERNATIONAL, LLC in the above-entitled action, and in respect thereof certify under oath as follows:

    1.    I am an active member in good standing of the bar of the States of Illinois, as well as the United States Court of Appeals for the Federal Circuit.

    2.    I am currently employed as Counsel in the litigation and Patent Departments of SEYFARTH SHAW LLP, and have my office located at 131 S. Dearborn Street, Suite 2400, Chicago, Illinois 60603.

    3.    I agree to abide by the Standards of Professional Conduct set forth in the Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court.

    4.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Robert S. Niemann
> SEYFARTH SHAW LLP
> 560 Mission Street, Suite 3100
> San Francisco, CA 94105
> Tel: (415) 544-1055
> Fax: (415) 397-8249

    5.    By this appearance, I hereby affirm that all motions, pleadings and papers signed by me in this proceeding, shall constitute a certificate, whether or not such papers affirm or verify, that I have read the pleading, motion or paper, and to the best of my information, knowledge, and belief, there is good ground to support it and that it is not interposed for purposes of delay.

///
//
//

1     I declare under penalty of perjury that the foregoing is true and correct.

2

3   DATED: June 19, 2008           SEYFARTH SHAW LLP

4

5                                     By: _____

6                                        George H. Gerstman
                                       SEYFARTH SHAW LLP

7                                        131 S. Dearborn Street, Suite 2400
                                       Chicago, Illinois 60603
                                       Tel: (312) 460-5000

8                                        Fax: (312) 460-7000

9                                        Attorneys for Defendant
                                       NITEK INTERNATIONAL, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020544
Cashier ID: buckl**
Transaction Date: 06/25/2008
Payer Name: wheels of justice

PRO HAC VICE
  For: george h gerstman
  Case/Party: D-CAN-3-08-AT-PROHAC-001
  Amount:        $210.00
PRO HAC VICE
  For: brian l michaelis
  Case/Party: D-CAN-3-08-AT-PROHAC-001
  Amount:        $210.00

CHECK
  Check/Money Order Num: 1212
  Amt Tendered:  $420.00

Total Due:      $420.00
Total Tendered: $420.00
Change Amt:     $0.00

c08-2208mhp


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```