**ORIGINAL**

FILED
08 JUN 25 AM 11: 20
[illegible] U.S. DISTRICT COURT
[illegible] DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Robert S. Niemann (SBN 087973) |
| 2 | rniemann@seyfarth.com |
| | 560 Mission Street, Suite 3100 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | GEORGE H. GERSTMAN |
| | *Appearing (Pro Hac Vice)* |
| 6 | ggerstman@Seyfarth.com |
| | SEYFARTH SHAW LLP |
| 7 | 131 S. Dearborn Street, Suite 2400 |
| | Chicago, Illinois 60603 |
| 8 | Telephone: (312) 460-5000 |
| | Facsimile: (312) 460-7000 |
| 9 | |
| | BRIAN L. MICHAELIS |
| 10 | *Appearing (Pro Hac Vice)* |
| | bmicaelis@seyfarth.com |
| 11 | SEYFARTH SHAW LLP |
| | Two Seaport Lane, Suite 300 |
| 12 | Boston, Massachusetts 02210 |
| | Telephone: (617) 946-4800 |
| 13 | Facsimile: (617) 946-4801 |
| 14 | |
| | Attorneys for Defendant |
| 15 | NITEK International, LLC. |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETWORK VIDEO TECHNOLOGIES, INC.,  )   Case No. C 08 2208 MHP
                                   )
        Plaintiff,                 )
                                   )
        v.                         )
                                   )
NITEK INTERNATIONAL, LLC and DOES 1-)
10                                 )
                                   )
        Defendant.                 )
_____)

**PROOF OF SERVICE**

- Case No. C 08-2208 MHP

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On June 9, 2008, I served the within documents:

Application For Admission Of Attorney *Pro Hac Vice* (Michaelis)
[Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice*

Application For Admission Of Attorney *Pro Hac Vice* (Gerstman)
[Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice*

☐ I sent such document from facsimile machine (415) 397-8549 on June 9, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Overnite Express envelope with postage paid on account and deposited with Overnite Express at San Francisco, California, addressed as set forth below.

Gary A. Hecker, Esq.  
James M. Slominski, Esq.  
The Hecker Law Group, PLC  
1925 Century Park East, Ste 2300  
Los Angeles, CA 90067  

Attorneys for Plaintiff  
Network Video Technologies, Inc.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on June 9, 2008, at San Francisco, California.

*Kathy J. Truesdale*

SF1 28325660.1 / 25663-100200