Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
**THE HECKER LAW GROUP, PLC**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 286-0377
Facsimile:  (310) 286-0488
Email:  ghecker@hh.com
        Jslominski@hh.com

Attorneys for Plaintiff
Network Video Technologies, Inc.

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NITEK INTERNATIONAL, LLC and DOES 1-10, <br><br> Defendants. | Civil Action No. C 08 2208 MHP <br><br> **PLAINTIFF'S VERIFIED ADMINISTRATIVE MOTION TO SEAL** <br><br> L.R. 7-11; L.R. 79-5(C); L.R. 79-5(D) <br><br> DATE:  September 15, 2008 <br> TIME:  2:00 P.M. <br> CRTM:  15, 18TH Floor <br><br> **Judge:  Honorable Marilyn Hall Patel** |

**To the Court:**

Plaintiff, Network Video Technologies, Inc. ("NVT"), hereby submits this Verified Administrative Motion to Seal an un-redacted version of NVT's Opposition to Defendant's Motion to Dismiss (with Declarations and Exhibits), a copy of which is lodged concurrently herewith.

The Opposition contains highly sensitive business information that has been designed confidential or highly confidential by the parties pursuant to a Protective

- 1 -

Order entered into in the case of <u>Network Video Technologies, Inc. v. Nitek International LLC</u>, CV-07-4789 in the United States District Court for the Central District of California. The information to be seal is contained "[ ]s" on pages 4, 5, and 8 of the Memorandum, on pages 2 and 3 (at ¶¶ 11, 13, and 15-18 in "[ ]s") of the Declaration of Dan Nitzan, and in Exhibits 6-9.

The redacted copy of the Opposition omitting the confidential and highly confidential material has been filed for the public record.

DATED: August 4, 2008

Respectfully submitted,

THE HECKER LAW GROUP, PLC

By: _____
Gary A. Hecker, Esq.
James M. Slominski, Esq.

Attorneys for Plaintiff
Network Video Technologies, Inc.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my own personal knowledge. Executed this 4 day of August 2009 at Los Angeles, Ca.

_____
James M. Slominski

- 2 -

Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
**THE HECKER LAW GROUP, PLC**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 286-0377
Facsimile:  (310) 286-0488
Email:      ghecker@hh.com
            Jslominski@hh.com

Attorneys for Plaintiff
Network Video Technologies, Inc.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NITEK INTERNATIONAL, LLC and DOES 1-10, <br><br> Defendants. | Civil Action No. C 08 2208 MHP <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S VERIFIED ADMINISTRATIVE MOTION TO SEAL** <br><br> L.R. 7-11; L.R. 79-5(C); L.R. 79-5(D) <br><br><br> DATE:   September 15, 2008 <br> TIME:   2:00 P.M. <br> CRTM:   15, 18TH Floor <br><br> **Judge:  Honorable Marilyn Hall Patel** |

- 1 -

1
2       The Court having considered Plaintiff's Administrative Motion to Seal an un-
redacted copy of Plaintiff's Opposition to Defendant's Motion to Dismiss and for
3
good cause shown:
4
        **IT IS SO ORDERED** that Plaintiff's Motion is granted and said un-redacted
5
copy of Plaintiff's Opposition shall be sealed and not made available to the public
6
absent further Court Order.
7
8
        Dated: _____            _____
9
                                    Honorable Marilyn Hall Patel
10                                  US District Court Judge, Presiding
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28