Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
**THE HECKER LAW GROUP, PLC**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 286-0377
Facsimile: (310) 286-0488
Email:     ghecker@hh.com
           Jslominski@hh.com

Attorneys for Plaintiff
Network Video Technologies, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NITEK INTERNATIONAL, LLC and DOES 1-10, <br><br> Defendants. | Civil Action No. C 08 2208 MHP <br><br> **NOTICE OF LODGING** <br><br> DATE: September 15, 2008 <br> TIME: 2:00 P.M. <br> CRTM: 15, 18TH Floor <br><br> **Judge: Honorable Marilyn Hall Patel** |

**To the Court and all Parties:**

Plaintiff, Network Video Technologies, Inc. ("NVT"), has lodged with the clerk an un-redacted copy of NVT's Opposition to Defendant's Motion to Dismiss (with the Declaration of Dan Nitzan, Declaration of Gary A. Hecker, and Exhibits 1-10) pending a ruling on NVT's Administrative Motion to Seal.

DATED: August __, 2008

Respectfully submitted,

THE HECKER LAW GROUP, PLC

By: _____
Gary A. Hecker, Esq.
James M. Slominski, Esq.
Attorneys for Plaintiff
Network Video Technologies, Inc.

- 1 -