Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
**THE HECKER LAW GROUP, PLC**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 286-0377
Facsimile:  (310) 286-0488
Email:  ghecker@hh.com
        Jslominski@hh.com

Attorneys for Plaintiff
Network Video Technologies, Inc.

FILED
AUG 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NITEK INTERNATIONAL, LLC and DOES 1-10, <br><br> Defendants. | Civil Action No. C 08 2208 MHP <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S VERIFIED ADMINISTRATIVE MOTION TO SEAL <br><br> L.R. 7-11; L.R. 79-5(C); L.R. 79-5(D) <br><br> DATE:  September 15, 2008 <br> TIME:  2:00 P.M. <br> CRTM:  15, 18TH Floor <br><br> **Judge: Honorable Marilyn Hall Patel** |

- 1 -

The Court having considered Plaintiff's Administrative Motion to Seal an un-redacted copy of Plaintiff's Opposition to Defendant's Motion to Dismiss and for good cause shown:

**IT IS SO ORDERED** that Plaintiff's Motion is granted and said un-redacted copy of Plaintiff's Opposition shall be sealed and not made available to the public absent further Court Order. *Redacted copy shall be filed in the publicly-accessible file.*

Dated: 8/6/08

Honorable Marilyn Hall Patel
US District Court Judge, Presiding