1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

10 | Network Video Technologies, Inc.,          08-02208 MHP

11 |                              Plaintiff(s),     **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**

12 |              v.

13 | Nitek International, LLC,

14 |                              Defendant(s).

15

16      The parties have failed to file an ADR Certification and either a Stipulation and

17 [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18 Conference as required by the Initial Case Management Scheduling Order.  Counsel

19 shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20 matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21 an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22 **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23 ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24 at www.adr.cand.uscourts.gov.)

25

26      Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27 copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28 (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

United States District Court
Northern District of California

1    450 Golden Gate Avenue, 16ᵗʰ Floor, San Francisco, California), or by PDF attachment

2    to an e-mail directed to adr@cand.uscourts.gov.

3

4        It is the responsibility of counsel to schedule an ADR Phone Conference, if

5    required, to occur <u>before</u> the Case Management Conference.

6

7

8    Dated: August 28, 2008

9                                    RICHARD W. WIEKING
                                      Clerk
10                                   by:    Lisa M. Salvetti

11

12

13                                   ADR Administrative Assistant
                                      415-522-2032
14                                   lisa_salvetti@cand.uscourts.gov

United States District Court
Northern District of California

**PROOF OF SERVICE**

Case Name:        Network Video Technologies, Inc. v. Nitek International, LLC

Case Number:     08-02208 MHP

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 28, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Gary Alan Hecker
> Hecker Law Group
> 1925 Century Park East Suite 2300
> Los Angeles, CA 90067
> ghecker@hh.com

> James Michael Slominski
> Hecker Law Group
> 1925 Century Park East, Suite 2300
> Los Angeles, Ca 90067
> jslominski@hh.com

> Robert Stephen Niemann
> Seyfarth Shaw
> 560 Mission Street, Ste 3100
> San Francisco, CA 94105
> rniemann@seyfarth.com

> Brian L. Michaelis
> Seyfarth Shaw LLP
> Two Seaport Lane

Suite 300
Boston, MA 02210

George H. Gerstman
Seyfarth Shaw LLP
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 28, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov