UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Network Video Technologies, Inc.,

          Plaintiff(s),

v.

Nitek International, LLC,

          Defendant(s).

CASE NO. 08-02208 MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 9-15-08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Gary A. Hecker | Plaintiff | (310) 286-0377 | ghecker@hh.com |
| James M. Slominski | Plaintiff | (310) 286-0377 | jslominski@hh.com |
| George H. Gerstman | Defendant | (312) 460-5567 | ggerstman@seyfarth.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/28/08

          Attorney for Plaintiff

Dated: 8/28/08

          Attorney for Defendant

Rev 12.05   When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."