1  SEYFARTH SHAW LLP
   ROBERT S. NIEMANN, Cal. Bar No. 87973
2  560 Mission Street, 31st Floor
   San Francisco, California 94105
3  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
4  E-Mail: rniemann@seyfarth.com

5  GEORGE H. GERSTMAN (Pro Hac Vice)
   SEYFARTH SHAW LLP
6  131 S. Dearborn Street, Suite 2400
   Chicago, Illinois 60603
7  Telephone: (312) 460-5000
   Facsimile: (312) 460-7000
8  E-Mail: ggerstman@seyfarth.com

9  BRIAN L. MICHAELIS (Pro Hac Vice)
   SEYFARTH SHAW LLP
10 Two Seaport Lane, Suite 300
   Boston, Massachusetts 02210
11 Telephone: (617) 946-4800
   Facsimile: (617) 946-4801
12 E-Mail: bmichaelis@seyfarth.com

13 Attorneys for Defendant
   NITEK International, LLC.
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17 NETWORK VIDEO TECHNOLOGIES, INC.,  )  Case No. CO8-2208-MHP
                                      )
18            Plaintiff,               )  NOTICE OF LODGING
                                      )
19      v.                             )  Date:  September 15, 2008
                                      )  Time:  2:00 p.m.
20 NITEK INTERNATIONAL, LLC and DOES 1-)  Place: Courtroom 15
   10,                                 )
21                                    )
                                      )
22            Defendants.              )
                                      )

23

24

25

26

27

28

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Defendant NITEK International, LLC has lodged with the clerk a confidential and unredacted copy of its Reply In Support of Its Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction Under F.R.C.P. 12(B)(1), pursuant to the Court's Order, dated August 6, 2008.

SEYFARTH SHAW LLP

Dated: September 2, 2008

By:  /s/ Robert S. Niemann
ROBERT S. NIEMANN, Cal. Bar No. 87973
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
E-Mail: rniemann@seyfarth.com

SF1 28333292.1

2