Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
**THE HECKER LAW GROUP, PLC**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 286-0377
Facsimile:  (310) 286-0488
Email:      ghecker@hh.com;
            jslominski@hh.com

Attorneys for Plaintiff/Counterdefendant
Network Video Technologies, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NITEK INTERNATIONAL, LLC and DOES 1-10 <br><br> Defendants. <br><br><br><br><br> and counterclaims | Civil Action No. C 08 2208 MHP <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY** <br><br><br><br><br><br><br><br> Judge:  Honorable Marilyn Hall Patel |

**[PROPOSED] ORDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court having reviewed and considered the Administrative Motion of Plaintiff to file a Sur-Reply addressing the issues to be presented at the September 15, 2008 hearing of Defendant's Motion to Dismiss Complaint and for good cause shown:

**IT IS SO ORDERED THAT:**

1. Plaintiff may file a Sur-Reply Brief of up to 5 pages (excluding exhibits and declarations); and

2. Plaintiff shall file that Sur-Reply within 24 hours of entry of this Order.

Dated: _____

_____
United States District Judge
Honorable Marilyn Hall Patel