Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
**THE HECKER LAW GROUP, PLC**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:    (310) 286-0377
Facsimile:    (310) 286-0488
Email:        ghecker@hh.com;
              jslominski@hh.com

Attorneys for Plaintiff/Counterdefendant
Network Video Technologies, Inc.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., | Civil Action No. C 08 2208 MHP |
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY |
| v. | |
| NITEK INTERNATIONAL, LLC and DOES 1-10 | |
| Defendants. | |
| | |
| and counterclaims | **Judge:  Honorable Marilyn Hall Patel** |

**[PROPOSED] ORDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court having reviewed and considered the Administrative Motion of Plaintiff to file a Sur-Reply addressing the issues to be presented at the September 15, 2008 hearing of Defendant's Motion to Dismiss Complaint and for good cause shown:

**IT IS SO ORDERED THAT:**

1. Plaintiff may file a Sur-Reply Brief of up to 5 pages (excluding exhibits and declarations); and

2. Plaintiff shall file that Sur-Reply within 24 hours of entry of this Order.

Dated:  9/5/2008



_____
United States District Judge
Honorable Marilyn Hall Patel

- 2 -
**[PROPOSED] ORDER**