| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | ROBERT S. NIEMANN, Cal. Bar No. 87973 |
| 2 | 560 Mission Street, 31st Floor |
|   | San Francisco, California 94105 |
| 3 | Telephone: (415) 397-2823 |
|   | Facsimile: (415) 397-8549 |
| 4 | E-Mail: rniemann@seyfarth.com |
| 5 | GEORGE H. GERSTMAN *(Pro Hac Vice)* |
|   | SEYFARTH SHAW LLP |
| 6 | 131 S. Dearborn Street, Suite 2400 |
|   | Chicago, Illinois 60603 |
| 7 | Telephone: (312) 460-5000 |
|   | Facsimile: (312) 460-7000 |
| 8 | E-Mail: ggerstman@seyfarth.com |
| 9 | BRIAN L. MICHAELIS *(Pro Hac Vice)* |
|   | SEYFARTH SHAW LLP |
| 10| Two Seaport Lane, Suite 300 |
|   | Boston, Massachusetts 02210 |
| 11| Telephone: (617) 946-4800 |
|   | Facsimile: (617) 946-4801 |
| 12| E-Mail: bmichaelis@seyfarth.com |
| 13| Attorneys for Defendant |
|   | NITEK International, LLC. |
| 14| |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | NETWORK VIDEO TECHNOLOGIES, INC., ) | Case No. CO8-2208-MHP |
| 18 | Plaintiff, ) | [PROPOSED] ORDER ~~GRANTING~~ **DENYING** |
| 19 | v. ) | NITEK INTERNATIONAL, LLC'S REQUEST FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION |
| 20 | NITEK INTERNATIONAL, LLC and DOES 1-) 10, ) | |
| 21 | ) | |
| 22 | Defendants. ) | |

CH1 11610869.1

## ORDER

Having considered Defendant NITEK International, LLC's Request for Leave to File a Motion for Reconsideration of Memorandum & Order Denying NITEK's Motion to Dismiss Complaint for Lack of Subject Matter Jursidiction Under F.R.C.P. 12(B)(1), and finding that ~~since the October 20 Order, NITEK, through its attorneys, has stipulated to NVT that NVT has~~ not infringed the '149 patent under 35 U.S.C. §§271(a, b, ~~and~~ c) and is presently not infringing the '149 patent under 35 U.S.C. §§ 271 (a, b, and c); and finding that NITEK has further stipulated ~~that the~~ products that NVT is selling, including those listed in the proposed license, ~~have substantial non-infringing uses:~~ despite this court's order and plaintiff having dismissed its appeal in accordance with that order and after that date *

IT IS HEREBY ORDERED THAT leave is ~~GRANTED for Defendant NITEK to file a~~ DENIED. ~~Motion for Reconsideration, with the Motion for Reconsideration including a stipulation from NITEK that, as NVT presently sells the products listed in the Proposed License, or any other products that have been sold by NVT, none of those products infringe any of the claims of the '149 patent under 35 U.S.C. §§ 271 (a, b, and c) and that the products that NVT is selling, including those listed in the proposed license, have substantial non-infringing uses.~~

IT IS FURTHER ORDERED that ~~the Motion for Reconsideration with NITEK's stipulation be filed within 10 days from the date of this Order.~~ parties shall appear for a case management conference on February 2, 2009 at 3:00 p.m. Joint Case management statement shall be filed on or before January 26, 2008

IT IS SO ORDERED.

Date: 12/15/08           By: _____
                               Marilyn Hall Patel
                               U.S. District Court Judge
                               Northern District of California

\* defendant nonetheless pursuing a motion for frivolous appeal in the Federal Circuit,

2