Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
**THE HECKER LAW GROUP, PLC**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 286-0377
Facsimile:   (310) 286-0488
Email:        ghecker@hh.com
                 Jslominski@hh.com

Attorneys for Plaintiff
Network Video Technologies, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NITEK INTERNATIONAL, LLC; and DOES 1-10, <br><br> Defendants. | Civil Action No. C-08-2208 MHP <br><br> **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MARCH 2, 2009** <br><br> **HONORABLE MARILYN H. PATEL, PRESIDING** |

...

**To all Parties:**

Pursuant to the stipulation of the parties and for good cause shown: **IT IS ORDERED** that the Case Management Conference is continued to <u>March 2, 2009</u> at <u>4:00 p.m.</u>

DATED:  1/22/2009



Honorable Marilyn H. Patel
United States District Judge, Presiding