IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK VIDEO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NITEK INTERNATIONAL, LLC; and DOES 1-10, <br><br> Defendants. | Civil Action No. C-08-2208 MHP <br><br> **ORDER DISMISSING THE ACTION PURSUANT TO FRCP 41(A)(2)** <br><br> **HONORABLE MARILYN H. PATEL, PRESIDING** |

**To the Court:**

The Court having considered the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that pursuant to FRCP 41(a)(2):

1. This entire action is dismissed, without prejudice;
2. Each party is to bear its own fees and costs; and
3. This Court shall retain jurisdiction to enforce the terms of the settlement agreement signed by the parties.

DATED: 2/4_____, 2009        _____
                                      Honorable Marilyn H. Patel
                                      U.S. District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

- 1 -
ORDER